# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  )  **Plaintiff;** )  )  **v.** )  )  **ERNEST HALILOV     ,** )  )  **Defendant.** ) | Case No. 20-MJ-92 (GMH) |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Chief Assistant Federal Public Defender specified below.   Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500